IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BILL CASON, #1295941 | § | |
| VS. | § | CIVIL ACTION NO. 4:08cv304 *Consolidated with* 4:08cv313 and 4:08cv314 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil actions were referred to United States Magistrate Judge Amos L. Mazzant, who issued a Report and Recommendation concluding that the petitions for writ of habeas corpus should be dismissed with prejudice. Petitioner has filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such actions, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Petitioner has not shown that he is entitled to habeas relief. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the petitions for writ of habeas corpus are **DISMISSED** with prejudice. Certificates of appealability are **DENIED**. It is further

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED this 30th day of August, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE